# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## GREENSBORO DIVISION
### Case No. 1:25-cv-00801-UA-LPA

DEWEY BLAINE OSBORNE,

        Plaintiff,

        v.

ROCKWELL COLLINS, INC. D/B/A
COLLINS AEROSPACE, RTX
CORPORATION D/B/A COLLINS
AEROSPACE; B/E AEROSPACE, INC.,

        Defendants.

**NOTICE OF SETTLEMENT**

Plaintiff DEWEY BLAINE OSBORNE and Defendants, ROCKWELL COLLINS, INC. D/B/A COLLINS AEROSPACE, RTX CORPORATION D/B/A COLLINS AEROSPACE; B/E AEROSPACE, INC., hereby notify the Court that the parties have reached a settlement in principle and are in the process of memorializing the terms of their settlement agreement in writing. The parties respectfully request that the Court stay all case deadlines pending the submission of a Stipulation of Dismissal with Prejudice, which the parties anticipate filing within sixty (60) days of this notice.

Respectfully submitted,

By: */s/ Michael Elliot*
    R. Michael Elliot
    NC Bar No.: 42806
    300 E. Kingston Ave., Ste. 200
    Charlotte, NC 28203
    Telephone: (704) 707-3705
    michaelelliot@emplawfirm.com
    *Counsel for Plaintiff*

Dated: July 8, 2026

ROCKWELL COLLINS, INC. d/b/a COLLINS AEROSPACE; RTX CORPORATION d/b/a COLLINS AEROSPACE, and B/E AEROSPACE, INC.

*/s/ Frederick T. Smith*
Frederick T. Smith
SEYFARTH SHAW LLP
300 South Tryon Street, Suite 400
Charlotte, North Carolina 28202
Tel: (704) 925-6023
Fax: (704) 559-2425
fsmith@seyfarth.com
NC Bar No. 45229
Local Civil Rule 83.1(d) Attorney for Defendant

*/s/ Kyle Petersen*
Kyle Petersen
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, IL 60606
Tel: (312) 460-5000
Fax: (312) 460-7000
kpetersen@seyfarth.com
Attorney for Defendants

*/s/ Ashley B. Rutherford*
Ashley B. Rutherford
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, IL 60606
Tel: (312) 460-5000
Fax: (312) 460-7000
abrutherford@seyfarth.com
Attorney for Defendants

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**
**Case No. 1:25-cv-00801-UA-LPA**

| | |
|---|---|
| DEWEY BLAINE OSBORNE, | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ROCKWELL COLLINS, INC. D/B/A COLLINS AEROSPACE, RTX CORPORATION D/B/A COLLINS AEROSPACE; B/E AEROSPACE, INC., | |
| Defendants. | |

I certify that, on July 8, 2026, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

*/s/ Ashley B. Rutherford*
Ashley B. Rutherford
Attorney for Defendants